IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

**JASON BONE**                                                                                                          **PLAINTIFF**

**VS.**                                           **6:18-CV-6003**

**NATIONAL UNION FIRE INSURANCE
COMPANY OF PITTSBURGH, PA,
TRUCKMOVERS DEPOT, INC,
TRUCKMOVERS.COM, INC, NAVISTAR,
INC., DEALER'S CHOICE TRUCKAWAY
SYSTEM, INC. D/B/A TRUCKMOVERS,
RUSH TRUCK CENTER, ESTES EXPRESS
LANES, JUAN M. FUENTES, CNA
INSURANCE COMPANY, AND
PROGRESSIVE INSURANCE COMPANY**                                              **DEFENDANTS**

## JOINT MOTION FOR DISMISSAL WITH PREJUDICE

**NOW INTO COURT** come Plaintiff, Defendants, and Intervenor, who respectfully move this Honorable Court for an Order dismissing all claims with prejudice, as the parties have amicably resolved the matter, with each party to bear their own costs.

Respectfully submitted:

**GAINSBURGH, BENJAMIN,
DAVID, MEUNIER & WARSHAUER, L.L.C.**

BY:   /s/ M. Palmer Lambert
      M. PALMER LAMBERT (La. Bar #33228)
      2800 Energy Centre
      1100 Poydras Street
      New Orleans, Louisiana 70163-2800
      Phone: (504) 522-2304
      Facsimile: (504) 528-9973
      Email: plambert@gainsben.com

**-and-**

**CHANEY LAW FIRM, P.A.**

BY:   */s/Don P. Chaney*
     DON P. CHANEY (AR BIN 78027)
     S. TAYLOR CHANEY (AR BIN 2010011)
     P.O. Box 1405
     526 Main Street, Suite 204
     Arkadelphia, Arkansas 71923
     Telephone:  (870) 246-0600
     Facsimile:  (866) 734-0971
     Email:  don@chaneylaw.com

Attorneys for Plaintiffs

**CERTIFICATE OF SERVICE**

I hereby certify that on January 25, 2019, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

*/s/ M. Palmer Lambert*
M. PALMER LAMBERT